HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LEON S. BLATT,

    Plaintiff,

  v.

PETE SHOVE, et al.,

    Defendants.

CASE NO. C11-1711RAJ

ORDER

This matter comes before the court on two motions to dismiss. The first is from Defendant Brian Ashbach, the second is from Defendant Vance Odell. Plaintiff did not respond to Mr. Ashbach's motion to dismiss. For the reasons stated herein, the court GRANTS both motions (Dkt. ## 83, 84) and DISMISSES all claims against these two defendants with prejudice.

The court has already dismissed Plaintiff's claims invoking 42 U.S.C. § 1983 against these Defendants. Dkt. # 56 (Jul. 24, 2012 order). Plaintiff's attempt to restate claims against these Defendants fails. His response to Mr. Odell's motion to dismiss does not articulate any claim that avoids the reasoning of the court's July 24 order. In

//
//
//
//

ORDER – 1

addition, he has no valid claim against these Defendants arising under 42 U.S.C. § 1985. He concedes that his claim invoking 42 U.S.C. § 1986 is untimely.

DATED this 1st day of May, 2013.

The Honorable Richard A. Jones
United States District Court Judge

ORDER – 2