# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LEON S. BLATT,

        Plaintiff,

        v.

PETE SHOVE, et al.,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   C11-1711RAJ

__X__  **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

____  **Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

    The jury returned a verdict in favor of Pete Shove and Jeffrey Franzen as to all claims remaining for trial.  The court's prior orders dismissed all other claims in favor of Defendants.   This case is dismissed.

    Dated this 7th day of January, 2015.

        WILLIAM M. MCCOOL
        Clerk

        /s Rhonda Stiles
        Deputy Clerk